UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 2:16-cr-109-FtM-29CM

RONALD JOHN MENDLESKI

### ORDER

This matter comes before the Court upon review of the Motion to Appear *Pro Hac* Vice and Request to Waive Local Counsel (Doc. 16) filed on October 11, 2016. Attorney David R. Bires seeks to appear *pro hac vice* on behalf of Defendant. Doc. 16.

Upon review of the motion, the Court finds that attorney David R. Bires meets all the requirements of Local Rule 2.02(a) to appear pro hac vice, except one: to associate with local counsel. Doc. 16. Under Local Rule 2.02(a), an attorney who is not a resident of Florida but who is a "member in good standing of a bar of any District Court of the United States; outside Florida; may appear specially as counsel of record" provided that he files "within fourteen (14) days a written designation and consent-to-act on the part of some member of the bar of this Court, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case." M.D. Fla. R. 2.02(a). Attorney Bires seeks to waive the requirement to associate with local counsel because he has represented Defendant in other criminal matters, and Defendant has limited financial resources. Doc. 16 at 2.

In criminal cases, the accused has the constitutional right to the assistance of counsel of his own choice. *Lefton v. City of Hattiesburg, Miss.*, 333 F.2d 280, 286 (5th Cir. 1964).[1]  Furthermore, even after being associated with local counsel, non-local counsel may take the lead in the direction and argument of the case. *Id.* at 285. The district courts have broad discretion regarding admission to practice before them. *Id.*  Accordingly, the Court grants attorney Bires's request to waive the requirement of local counsel provided that attorney Bires shall be responsible for monitoring the progress of this case, making full appearances in court, including all oral arguments, hearings, and trial,[2] as well as receiving all papers and notice regarding this case. *See* M.D. Fla. R. 2.02(a).  The Court also reminds attorney Bires that he is under the obligation to become familiar with the local rules.  M.D. Fla. R. 2.02(c).

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Motion to Appear *Pro Hac Vice* and Request to Waive Local Counsel (Doc. 16) is **GRANTED**.  Attorney David R. Bires is hereby admitted to appear *pro hac vice* on behalf Defendant, Ronald John Mendleski.

2. Counsel is reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").  As such, if counsel has not already done so, within ten (10) days of the date of this Order, counsel shall register

---

[1] In *Bonner v. City of Richard*, 661 F.2d 1206, 1207, 1209 (11th Cir.)(en banc), the Eleventh Circuit adopted as binding precedent the decisions of the Fifth Circuit rendered prior to October 1, 1981.

[2] Counsel may appear by telephone, if permitted by the Court.

to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to participate. Failure to register may cause the Court to revoke its permission to appear specially without further notice. Further, if counsel has not already done so, within fourteen (14) days from the date of this Order, counsel shall pay the $150.00 filing fee along with the application for special admission to practice.

4. Counsel is further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. R. 2.02(c).

5. Attorney David R. Bires shall be responsible for the progress of this case, make full appearances in court, and accept service of all notices and papers on behalf of Defendant.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of October, 2016.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record